Providence Coat
& Supply Co.
vs.                   W. C. A. No. 1179.
Norman Ridgewell

June 27, 1931.

BLODGETT, P. J. Heard upon motion to discontinue payments.

Heard April 27, 1931.

Upon consideration of the testimony the Court is of the opinion that the petitioner should continue to pay respondent compensation up to and including the 26th week of July, 1931, at the rate of sixteen dollars per week, and that compensation should then cease.

Decree to this effect may be entered

For petitioner: Clifford A. Kingsley.

For respondent: Edward H. Ziegler.